**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Caldwell LULY, Jr., a/k/a "Jay", John Caldwell Luly, John Luly, John C. Luly, John C. Luly, Jr., Defendant–Appellant.**

No. 06–50287.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 8, 2007.

Filed Aug. 13, 2007.

Becky S. Walker, Esq., Office of the U.S. Attorney, Los Angeles, CA, Todd T.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Tristan, Esq., Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

James H. Locklin, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: REINHARDT and BERZON, Circuit Judges, and SINGLETON *, District Judge.

## MEMORANDUM **

After carefully studying the facts of this case and the law of our Circuit concerning enhancements for public trust under United States Sentencing Guideline § 3B1.3, we conclude that the District Court did not err in enhancing Luly's sentence for an abuse of such trust. AFFIRMED.

---

* The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

